UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

United States,

    -against-

Danny Davila,

    Defendant.

-----------------------------------------------------------x

ORDER

Docket No. 18 CR 00584 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Domenick J. Porco, Esq., is to assume representation of the defendant in the above captioned matter as of January 28, 2020. Mr. Porco is appointed pursuant to the Criminal Justice Act. His address is 670 White Plains Road, Suite 207, Scarsdale, New York 10583, phone number (914) 725-6000; Email: domenickporco@gmail.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
      January 30, 2020